1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   REEMA EL-ALMAMY (Cal. Bar No. 237743)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5     1500 United States Courthouse
      312 North Spring Street
6     Los Angeles, California 90012
      Telephone: (213) 894-0552
7     Facsimile: (213) 894-0140
      E-mail:    Reema.El-Almamy@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13 | IN RE: WRIT OF HABEAS CORPUS AD | No. 2:24-cr-00570
      PROSEQUENDUM

14                                    GOVERNMENT'S NOTICE OF WITHDRAWAL
                                      OF DOCUMENTS NO. 956 AND 957

15                                    **(UNDER SEAL)**

16

17      PLEASE TAKE NOTICE THAT applicant United States of America, by

18  and through its counsel of record, the United States Attorney for the

19  Central District of California and Assistant United States Attorney

20  Reema el-Almamy, hereby withdraws its MOTION FOR WRIT OF HABEAS

21  CORPUS AD PROSEQUENDUM,

22  //

23  //

24  //

25  //

26  //

27

28

1

2

3    WRIT OF HABEAS CORPUS, and ORDER ON APPLICATION FOR WRIT OF HABEAS

4    CORPUS, filed on February 16, 2025 at documents number 956 and 957

5    under case number 2:24-cr-00570.

6

7

8    Dated: February 18, 2025          Respectfully submitted,

9                                      JOSEPH T. MCNALLY
                                       Acting United States Attorney

10                                     DAVID T. RYAN
                                       Assistant United States Attorney
11                                     Chief, National Security Division

12

13                                       /s/
                                       _____
                                       REEMA EL-ALMAMY
14                                     Assistant United States Attorney

15                                     Attorneys for Applicant
                                       UNITED STATES OF AMERICA

16

17

18

19

20

21

22

23

24

25

26

27

28